448 A.2d 1174

Commonwealth v. Tribble, Appellant.

Petition for Allowance of Appeal Granted Sept. 28, 1982.

Submitted February 23, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph John Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.